peals for the Eighth Circuit denied. *Mr. W. H. H. Miller, Mr. John B. Jones, Mr. Augustin Boice, Mr. U. M. Rose, Mr. G. B. Rose, Mr. W. E. Hemingway* and *Mr. Herbert R. Marlatt* for petitioners. *Mr. C. C. Calhoun* for respondent.

---

No. 332. JOHN BLAKELY, PETITIONER, *v.* FIDELITY MUTUAL LIFE INSURANCE COMPANY. October 28, 1907. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Third Circuit denied. *Mr. W. B. Linn* and *Mr. George H. Stein* for petitioner. *Mr. Ira Jewell Williams* for respondent.

---

No. 412. RUMFORD CHEMICAL WORKS, PETITIONER, *v.* HYGIENIC CHEMICAL COMPANY. October 28, 1907. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Third Circuit denied. *Mr. Philip Mauro* for petitioner. *Mr. Willard Parker Butler* for respondent.

---

No. 444. C. K. McINTOSH AND JAMES P. BROWN, TRUSTEES, ETC., PETITIONERS, *v.* THE PETALUMA SAVINGS BANK ET AL. October 28, 1907. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Ninth Circuit denied. *Mr. William A. Coulter* for petitioners. *Mr. A. B. Browne* for respondents.

---

No. 462. FREDERICK S. GOSHORN ET AL., PETITIONERS, *v.* ROYAL TRUST COMPANY ET AL. October 28, 1907. Petition for a writ of certiorari to the United States Circuit Court of